**Fill in this information to identify the case:**

Debtor name   **Future Legends 5, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   24-51031-hlb

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 14, 2024**        X _[signature]_
                                            Signature of individual signing on behalf of debtor

                                            **Jeff Katofsky**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Future Legends 5, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **24-51031-hlb**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Air Comfort<br>150 Rome Court<br>Fort Collins, CO 80524 | | Vendor | | | | $20,000.00 |
| Brightview Landscape Development | | Foreclosure of mechanic's lien 24cv30139 | Disputed | | | $312,000.00 |
| Checkmark Cleaning<br>1730 Ticonderoga Drive<br>Fort Collins, CO 80525 | | Cleaning Service | | | | $40,000.00 |
| Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 | | Internet service | | | | $20,000.00 |
| Equipment Share<br>15427 E Fremont Dr.<br>Englewood, CO 80112 | | Lien: $24,583.05<br>Lien: $20,516.15 | | | | $45,099.20 |
| Front Range Fire Protection<br>246 Barberry Place<br>Loveland, CO 80537 | | Fire protection services | | | | $15,000.00 |
| Galloway & Company, Inc.<br>5500 Greenwood Plaza Blvd., Suite 200<br>Englewood, CO 80111 | | Lien | Disputed | | | $409,347.25 |
| Gregory Electric LLC<br>3317 N Lincoln Ave.<br>Loveland, CO 80538 | | Electric service | | | | $15,000.00 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

| Debtor | Future Legends 5, LLC | | Case number *(if known)* | 24-51031-hlb |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harmony Suites dba Cambria Suites** | | Litigation Case No. 24cv30632 | Disputed | | | $76,000.00 |
| **High Plains Steel Services, LLC**  2055 Howard Smith Ave E  Windsor, CO 80550 | | Lien | | | | $16,613.25 |
| **Jaco General Contractor, Inc.**  1900 W Littleton Blvd.  Littleton, CO 80120 | | Lien: $30,000.00  Lien: $63,800.00  Lien: $27,800.00  Lien $3,485,777.46 | Disputed | | | $3,607,377.46 |
| **Kone Elevators**  One Kone Court  Moline, IL 61265 | | Vendor | | | | $40,000.00 |
| **Nebulousity**  493 W Viento Street  Tracy, CA 95391 | | Software vendor | | | | $300,000.00 |
| **Pinnacle Electric**  33801 County Rd. 19  Windsor, CO 80550 | | Lien | Disputed | | | $4,000,000.00 |
| **Ram Waste #642**  PO Box 7428  Pasadena, CA 91109-7425 | | Waste services | | | | $35,000.00 |
| **Sports Court of the Rockies**  3395 Carder Court, Unit C-300  Littleton, CO 80126 | | Floor repair service | Disputed | | | $450,000.00 |
| **Sunbelt Rentals, Inc.**  13109 Canam Hwy., US-85  Littleton, CO 80125 | | Lien | Disputed | | | $139,991.78 |
| **Town of Windsor**  PO Box 837  Gretna, NE 68028-0837 | | Water and sewer services | | | | $76,000.00 |
| **Unique Funding Solutions LLC**  1915 Hollywood Blvd, Suite 200A  Hollywood, FL 33020 | | Vendor | Disputed | | | $775,000.00 |
| **Xcel Energy**  PO Box 660553  Dallas, TX 75266-0553 | | Utility service | | | | $80,000.00 |