**Spencer Fane LLP**
Richard F. Holley, Esq.
Nevada Bar No. 3077
rholley@spencerfane.com
R. McKay Holley, Esq.
Nevada Bar No. 15934
mholley@spencerfane.com
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101-6019
Telephone: 702.408.3400
Facsimile: 702.408.3401
-and-
David M. Miller (CO Bar No. 17915)
Admitted *Pro Hac Vice*
dmiller@spencerfane.com
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: 303.839.3800
Facsimile: 303.839.3838

Attorneys for
U.S. Eagle Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FUTURE LEGENDS 5, LLC,<br><br>Debtor. | Case No. 24-51031-hlb<br>Chapter 11<br><br>**DECLARATION OF CHRIS BALESTRINO IN SUPPORT OF THE REPLY TO THE EMERGENCY MOTION OF U.S. EAGLE FEDERAL CREDIT UNION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1412 AND FED. R. BANKR. P. 1014 (a) (1) AND IN RESPONSE TO THE DEBTOR'S OPPOSITION**<br><br>HEARING DATE: December 9, 2024<br>HEARING TIME: 2:00 PM<br><br>Judge: Hon. Hilary L. Barnes |

I, Chris Balestrino, declare as follows:

1. I am over the age of 18 and am mentally competent, I have personal knowledge of the facts in this declaration except for those matters stated on information and belief, and as to those matters, I believe them to be true based on my investigation and review of business records

of Madison One kept and maintained in the ordinary course of business. If called upon to testify, could and would do so.

2. I make this declaration in support of U.S. Eagle's Reply in support of Emergency Motion of U.S. Eagle Federal Credit Union for Transfer of Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014 (a)(1) ("Reply") and in response to the Opposition to the Motion filed by the Debtor (Dkt. No. 95) and the Declaration of Jeff Katofsky in Support of Opposition (Dkt. No. 96) ("Katofsky Declaration").

3. I am the Managing Director for Madison One and have been personally involved in all of the loans extended by U.S. Eagle to the Future Legend Entities, including the three loans encumbering the Dome Property.

4. In the Opposition (*See* Opposition at p.3, ll. 23-28; p.4, ll. 1-13) and in the Katofsky Declaration (*See* Katofsky Declaration at p.3, ll. 20-27; p.4, ll. 1-9) the Debtor and Mr. Katofsky make statements regarding my alleged "plan" and "demands" to change the Dome ownership from Future Legends, LLC to one of the numbered entities—Future Legends 5, LLC.

5. Specifically, Mr. Katofsky states as follows:

> In the Spring of 2022, Mr. Balestrino realized, in reformulating the Dome loans, that there was an issue with the then ownership of the Dome property and the fields which were financed by Ignite Funding because both properties were in the name of Future Legends, LLC. Specifically, as set forth above, Future Legends, LLC owns areas that include the 4Rivers Stadium, multiple outdoor fields, roads, parking lots, concessions, and the maintenance buildings. As such, Mr. Balestrino demanded that I change the Dome ownership from Future Legends, LLC to one of the numbered entities---Future Legends 5, LLC.

(Katofsky Declaration, p.4, ¶11, ll. 3-9). These statements and representations are not accurate. The actual situation is explained and described below

6. First, in terms of my "plan", I explained to Mr. Katofsky the lending criteria and borrowing limitations of the United States Department of Agriculture Business and Industry Program ("USDA") and advised that to the extent Mr. Katofsky intended to borrow money from the USDA to fund the Future Legends Project, he would need several different entities to accomplish his goals.

7. Second, I never demanded that Mr. Katofsky change the Dome ownership from Future Legends to the Debtor. During the Spring of 2022, Future Legends 1, LLC ("Future Legends 1"), the entity which owned the stadium parcel, applied for a $25,000,000 USDA loan, since the development of the stadium parcel required the full amount permissible under USDA regulations.[1] On June 28, 2022, I received an email from the USDA stating that Future Legends, LLC ("Future Legends") was to be a co-borrower with Future Legends 1 on the stadium. To put this in context, if the USDA required Future Legends to be a co-borrower with Future Legends 1, then the most Future Legends 1 could borrow from the USDA was $12 million. This is because USDA regulations has a regulatory limit of $25 million for any single borrower.[2] Since Future Legends had already borrowed $13 million USDA loan in October 2021 secured by the Dome/Clubhouse Property, Future Legends, as a co-borrower with Future Legends 1, could only borrow an additional $12 million before reaching the borrowing cap.

8. On June 29, 2022, I forwarded the USDA email dated June 28, 2022, to Mr. Katofsky which explained that we needed to immediately begin working on a transfer of the Dome/Clubhouse Property and the assumption of the $13 million loan before we could take the Future Legends 1 stadium loan back to the USDA loan committee for approval. In the words of the USDA, "the Dome had to be completely off the co-borrower's [Future Legends LLC] balance sheet and the co-borrower be eligible for the full $25 million before we can take to committee."

9. On June 29, 2022, I explained in an email to Mr. Katofsky that we are "finalizing everything they want for the transfer/assumption."

10. On June 30, I advised Mr. Katofsky that I had again talked with the USDA. I advised that the message from the USDA "was that we are approved for the Stadium, but we need to complete the transfer/conveyance of the Dome/Clubhouse to Future Legends 5 LLC before

[1] USDA Application for a $25,000,000 loan was signed and dated February 24, 2022, with Future Legends 1 LLC as the sole borrower for the requested loan.

[2] **§§ 5001.404-5001.405**(c) *B&I projects*. The **maximum total amount of B&I guaranteed loans** (including the guaranteed and unguaranteed portions of any B&I guaranteed loans, the outstanding principal and interest balance of any existing B&I guaranteed loans, and any new B&I guaranteed loan that is the subject of an application) that may be **made to a borrower is limited to a maximum amount of $25 million**.

SPENCER FANE LLP
Attorneys at Law
Las Vegas



DE 9533825.1

they will formally obligate funding for the Stadium." Mr. Katofsky quickly responded to this message by stating "10 4."

11. I continued to inform Mr. Katofsky that an employee at Madison One was sending him by Docusign, two USDA documents which are typically included when submitting a request for a servicing action, in this case a request for consideration of the Future Legends 5 assumption; the signed document was a one page AD 3030, which is a "Representations Regarding Felony Conviction and Tax Delinquent Statue for Corporate Applicants" and the USDA Application. This document was sent by Docusign to Mr. Katofsky on June 30, 2022. He signed and returned the document the same day.

12. On July 1, 2022, I sent the requested documents to the USDA as part of the request for the approval and concurrence of the proposed transfer and assumption of the Dome/Clubhouse from Future Legends LLC to Future Legends 5 LLC.

13. The evening of July 5, 2022, I emailed the USDA to confirm whether my contact had ever received a firm answer on the structure of the loan assumption.

14. On the morning of July 6, 2022, I received an email in response from my contact at the USDA informing me for the first time that the USDA was proceeding forward with the stadium loan as originally submitted "with just FL1" as the sole borrower. My contact further informed me that "[o]ur servicing branch chief thinks the T&A, [Transfer & Assumption] may be more problematic/ineligible. They think their [sp] is a better way to handle it anyway. I'm trying to make the case of no co-borrower. I'll keep you posted."

15. In the early afternoon of July 6, 2022, I forwarded the email string from July 5 and 6 to Mr. Katofsky informing him of this possible good news. Mr. Katofsky seemed genuinely excited by this potential good news and stated, "when this closes, you and I are getting drunk."

16. On July 8, 2022, I checked back with my contact at the USDA to confirm whether the USDA had approved the transaction with only Future Legends 1 as the borrower, without requiring Future Legends to be a co-borrower with a transfer and assumption.

17. The USDA responded as follows: "Last I've heard is we're going to present it with FL1 being the sole borrower. I'm changing our evaluation and documentation accordingly to go that direction."

18. I quickly notified Mr. Katofsky of this development and direction. On August 2, 2022, the USDA issued its Conditional Commitment for $25,000,000, showing Future Legends 1 as the sole borrower of the USDA loan. The USDA Conditional Commitment was signed by Mr. Katofsky on behalf of Future Legends 1 on August 5, 2022.

19. The stadium loan to Future Legends 1 subsequently closed in August 2022 without Future Legends as a required co-borrower. The transfer and assumption of the Dome Property and existing loan to Future Legends 5, LLC proved not to be necessary or required. Therefore, loan modifications, transfer & assumptions documents and title work were never prepared given the USDA's approval of the Future Legends 1 LLC stadium loan application as sole Borrower.

20. A true and correct copy of the email string from June 28, 2022 to July 8, 2022 is attached as Exhibit "A".

21. This was the first and only time that a transfer and assumption of the Dome Property from Future Legends to the Debtor was ever discussed or contemplated.

22. Mr. Katofsky was fully aware of these developments because I was in constant communication with him regarding this situation. Mr. Katofsky also knew that the transfer and assumption of the Dome Property and related loan to the Debtor did not materialize because the USDA changed its position and did not require Future Legends as a co-borrower. As such, there was no need to transfer ownership of the Dome Property to Future Legends 5.

23. Less than a year later, on May 5, 2023, after some brief confusion, Mr. Katofsky sent an email to the Madison One Closing Team stating that "Apparently I am wrong. I thought that we changed everything over to FL 5 because of some USDA requirements, but we ended up not having to do so."

24. Not long after the May 5, 2023 email was sent, Mr. Katofsky reviewed, approved and signed loan documents for two more USE loans extended to Future Legends LLC in June 2023 and September 2023. As part of these documents, Mr. Katofsky certified, warranted and

represented to USE that Future Legends LLC is the sole owner of the Dome/Clubhouse parcel. The purpose of the loan proceeds was to finance the completion of the Dome/Clubhouse parcel. All loan documents, affidavits, insurance documentation, title commitments and notarized documents signed by Mr. Katofsky reflected the true legal owner of the Dome/Clubhouse – Future Legends LLC. Since Mr. Katofsky's May 5 email confirming that the transfer and assumption never took place, Future Legends 5 was never brought up again until a Receiver was appointed in the Summer of 2024 following USE suit for nonpayment.

25. Finally, Mr. Katofsky asserts that the Ignite Funding loan somehow necessitated a transfer and assumption of the Dome Property and associated loan. Mr. Katofsky has provided no evidence that supports this contention. There was nothing about the Ignite Loan that would have triggered a transfer and assumption. That having been said, the Ignite Loan was a violation of loan covenants in the Future Legends loan that closed in October 2021, and I so advised Mr. Katofsky of that fact once the Ignite Loan was brought to my attention.

26. It is important to note that Future Legends LLC loan documents, as it relates not only to the October 12th, 2021 $13,000,000 USDA loan closing to finance the construction of the Dome/Clubhouse, but also the documents for the loans from U.S. Eagle that closed in June 2023 and September 2023, restricts Future Legends LLC from obtaining additional indebtedness.[3] Ignite Funding closed its loan to Future Legends LLC in February 2022, only a few months after closing the first $13,000,000 USDA loan in October 2021. Future Legends LLC and Mr. Katofsky did not disclose the closing and funding of the Ignite Loan and never requested written consent from U.S. Eagle or the USDA to close on the Ignite Loan, despite that additional indebtedness is restricted under the terms of the Loan and Security Agreements dated October 12, 2021, a document signed only a few months prior to the Ignite closing in February 2022.

[3] Loan & Security Agreement dated October 12, 2021, specifically Section 1.01(GG) and 5.01(E), stating that the Borrower (Future Legends LLC) will not incur or permit to exist any indebtedness or liability for borrowed money.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of December 2024.

CHRIS BALESTRINO

# EXHIBIT "A"

Subject: FW: [External Email]Loan Assumption
Date: 7/8/2022 11:59 AM
From: "Chris Balestrino" <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=AD626A47E09949AI CBALESTRINO@CUSA21A381.ingest.local>
To: "jeff@katofskylaw.com" <jeff@katofskylaw.com>

fyi

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

**From:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Sent:** Friday, July 8, 2022 10:28 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Re: [External Email]Loan Assumption

Hey Chris.
Last I've heard is we're going to present it with FL1 being the sole borrower. I'm changing our evaluation and documentation accordingly to go that direction.

Kevin M. Scully
Energy Programs Specialist | Program Processing Division
Rural Development, Rural Business-Cooperative Service
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
(202) 913-3912
www.rd.usda.gov | "Committed to the future of rural communities"

*Stay Connected with USDA:*
Im | | | |

*USDA is an equal opportunity provider and employer.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Friday, July 8, 2022 1:03:58 PM
**To:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Subject:** RE: [External Email]Loan Assumption

Kevin,

Just wanted to check in and see if anything new has developed.

Please let me know and thank you.

Chris

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

**From:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Sent:** Wednesday, July 6, 2022 10:28 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Re: [External Email]Loan Assumption

Sit tight on that Chris. We've had discussions and they are trying to work out an easier solution.

Our servicing branch chief thinks the T&A may be more problematic/ineligible. They think their is a better way to handle it anyway. I'm even trying to make the case of no co-borrower. I'll keep you posted. We may even set up a call with you tomorrow with Aaron and Justin.

Kevin M. Scully
Energy Programs Specialist | Program Processing Division

Rural Development, Rural Business-Cooperative Service
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
(202) 913-3912
www.rd.usda.gov | "Committed to the future of rural communities"

*Stay Connected with USDA:*

*USDA is an equal opportunity provider and employer.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Tuesday, July 5, 2022 6:04:13 PM
**To:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Subject:** FW: [External Email]Loan Assumption

Kevin,

Hope you are enjoying your time off this week.

Did you ever get a firm answer on the structure of the loan assumption from your colleagues internally? We are putting the wheels in motion to process the loan documents the same way we did on the loan assumption discussed below, but I really want to make sure we are not wasting our time if there is an issue with the structure.

Chris

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Kemp, Denise - RD, State Office <denise.kemp@usda.gov>
**Sent:** Tuesday, July 5, 2022 8:00 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>; Ellis, Tim - RD, State Office <tim.ellis@usda.gov>
**Cc:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>; Lindsey Billings <lbillings@madisonone.com>
**Subject:** RE: [External Email]Loan Assumption

Hi Chris,

South Carolina received authorization to exercise full approval authority for all transfers and assumptions, $10 million or less. Since the assumption request you are referring to, was for less than $4 million, the assumption was able to be processed under the and approved within the state, therefore, I do not have a contact in the National Office to suggest.

Thank you,

*Denise Kemp| Business and Cooperative Programs Specialist*
*Rural Development*
*U.S. Department of Agriculture*
*1835 Assembly St., Rm. 1007 | Columbia, SC 29201*
*Phone: (803) 765-5533 | Fax: (855) 565-9482*
http://www.rd.usda.gov/sc

"Together America Prospers"

*Stay Connected with USDA:*

*"Committed to the future of rural communities"*
*"Estamos dedicados al futuro de las cummunicades rurales"*
*USDA is an equal opportunity provider and employer.*

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Friday, July 1, 2022 2:52 PM
**To:** Ellis, Tim - RD, State Office <tim.ellis@usda.gov>; Kemp, Denise - RD, State Office <denise.kemp@usda.gov>
**Cc:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>; lbillings, lbillings <lbillings@madisonone.com>
**Subject:** [External Email]Loan Assumption
**Importance:** High

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Tim and Denise,

Hope you are well. My name is Chris Balestrino and I work with Lindsey Billings at Madison One.

You may recall that we worked with your office to complete the Loan Assumption for Georgetown Propco (please see attached letter).

We are in a similar situation for another project in Colorado and I am ccing Kevin Scully with the USDA National Office who is handling the project.

Is it possible we can connect to make sure that the processing of the loan assumption is completed through the proper channels on the USDA servicing side? Given that we worked on the loan assumption related to the attached Applicant, I am hopeful you can share with Kevin at National Office who the right person to contact would be to facilitate the loan assumption for the project in Colorado. We understand that there is some limited experience in this area and working with the same people who handled the assumption in South Carolina would probably be our best bet in working as efficient as possible.

Thank you in advance for your assistance on this and we look forward to your response.

Happy 4th of July!

Chris

MADISONONE

**Chris Balestrino – Managing Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
**O:** 480-626-8199
**M:** 646-522-2015
cbalestrino@madisonone.com
www.madisonone.com
NMLS # 1662183
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify the sender immediately by telephone or by return email.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

Subject: Re: [External Email]Loan Assumption
Date: 7/8/2022 10:07 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

Have u connected with title for what you need for next Friday?

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Date:** Wednesday, July 6, 2022 at 6:45 PM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Subject:** Re: [External Email]Loan Assumption

YES

I will talk with Kevin tomorrow and hopefully have a clear path forward.

Sent from my iPhone

> On Jul 6, 2022, at 1:45 PM, Jeff Katofsky <jeff@katofskylaw.com> wrote:
>
> When this closes, you and I are getting drunk
>
> Jeff Katofsky, Esq.
> 4558 Sherman Oaks Avenue
> Sherman Oaks CA 91403
> 818 990 1475
>
> ONLY REPLY TO jeff@katofskylaw.com
> Otherwise, I will not get it
>
> **We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Date:** Wednesday, July 6, 2022 at 1:44 PM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Subject:** RE: [External Email]Loan Assumption

Yep, this is what I am dealing with

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Jeff Katofsky <jeff@katofskylaw.com>
**Sent:** Wednesday, July 6, 2022 1:43 PM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Re: [External Email]Loan Assumption

Omg

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Date:** Wednesday, July 6, 2022 at 1:41 PM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Subject:** FW: [External Email]Loan Assumption

FYI – possible good news.

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Sent:** Wednesday, July 6, 2022 10:36 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Re: [External Email]Loan Assumption

It sounds like we're going to just do it the way you originally submitted with just FL1. I hope so and am trying to confirm.

Also, my personal cell is 678-787-1414.

Kevin M. Scully
Energy Programs Specialist | Program Processing Division
Rural Development, Rural Business-Cooperative Service
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
(202) 913-3912
www.rd.usda.gov | "Committed to the future of rural communities"

*Stay Connected with USDA:*

*USDA is an equal opportunity provider and employer.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Tuesday, July 5, 2022 6:04:13 PM
**To:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Subject:** FW: [External Email]Loan Assumption

Kevin,

Hope you are enjoying your time off this week.

Did you ever get a firm answer on the structure of the loan assumption from your colleagues internally? We are putting the wheels in motion to process the loan documents the same way we did on the loan assumption discussed below, but I really want to make sure we are not wasting our time if there is an issue with the structure.

Chris

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Kemp, Denise - RD, State Office <denise.kemp@usda.gov>
**Sent:** Tuesday, July 5, 2022 8:00 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>; Ellis, Tim - RD, State Office <tim.ellis@usda.gov>
**Cc:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>; Lindsey Billings <lbillings@madisonone.com>
**Subject:** RE: [External Email]Loan Assumption

Hi Chris,

South Carolina received authorization to exercise full approval authority for all transfers and assumptions, $10 million or less. Since the assumption request you are referring to, was for less than $4 million, the assumption was able to be processed under the and approved within the state, therefore, I do not have a contact in the National Office to suggest.

Thank you,

*Denise Kemp| Business and Cooperative Programs Specialist*
*Rural Development*
*U.S. Department of Agriculture*
*1835 Assembly St., Rm. 1007 | Columbia, SC 29201*
*Phone: (803) 765-5533 | Fax: (855) 565-9482*
http://www.rd.usda.gov/sc

"Together America Prospers"

*Stay Connected with USDA:*
<image001.jpg>
<image002.png>
<image003.png>
<image004.gif>

<image005.png>
<image006.png>
<image007.png>

*"Committed to the future of rural communities"*
*"Estamos dedicados al futuro de las cummunicades rurales"*
*USDA is an equal opportunity provider and employer.*

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Friday, July 1, 2022 2:52 PM
**To:** Ellis, Tim - RD, State Office <tim.ellis@usda.gov>; Kemp, Denise - RD, State Office <denise.kemp@usda.gov>
**Cc:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>; lbillings, lbillings <lbillings@madisonone.com>
**Subject:** [External Email]Loan Assumption
**Importance:** High

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Tim and Denise,

Hope you are well. My name is Chris Balestrino and I work with Lindsey Billings at Madison One.

You may recall that we worked with your office to complete the Loan Assumption for Georgetown Propco (please see attached letter).

We are in a similar situation for another project in Colorado and I am ccing Kevin Scully with the USDA National Office who is handling the project.

Is it possible we can connect to make sure that the processing of the loan assumption is completed through the proper channels on the USDA servicing side? Given that we worked on the loan assumption related to the attached Applicant, I am hopeful you can share with Kevin at National Office who the right person to contact would be to facilitate the loan assumption for the project in Colorado. We understand that there is some limited experience in this area and working with the same people who handled the assumption in South Carolina would probably be our best bet in working as efficient as possible.

Thank you in advance for your assistance on this and we look forward to your response.

Happy 4th of July!

Chris

<image008.png>

**Chris Balestrino – Managing Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
**O:** 480-626-8199
**M:** 646-522-2015
cbalestrino@madisonone.com
www.madisonone.com
NMLS # 1662183
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify the sender immediately by telephone or by return email.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| | |
|---|---|
| Subject: | Transfer/Assumption Documents |
| Date: | 7/1/2022 8:07 AM |
| From: | "Chris Balestrino" <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=AD626A47E09949AI CBALESTRINO@CUSA21A381.ingest.local> |
| To: | "Scully, Kevin - RD, Washington, DC" <kevin.scully@usda.gov> |
| Cc: | "Chadwick, Cindy - RD, Denver, CO" <cindy.chadwick@usda.gov>, "Lindsey Billings" <lbillings@madisonone.com>, "bsackett@useagle.org" <bsackett@useagle. RD, Washington, DC" <aaron.morris@usda.gov>, "Laura Taylor" <ltaylor@madisonone.com> |

Kevin,

Attached are the requested documents for the transfer and assumption of the Dome/Clubhouse from Future Legends LLC to Future Legends 5 LLC.

- New 5001 Application
- AD 3030
- Corporate Formation Documents
- Credit Evaluation
- Draft of the Promissory Note
- Draft of the Subordination/Standstill Agreement

You had indicated in our call that a questions Brenda had related to the balance sheet equity. This is noted in the Conditional Commitment dated June 4th, 2021, for the subject loan, but please refer to attached A to the Conditional Commitment, Section 17, where it covers Capital Equity Requirements. It states the following:

**"Subordinated Debt may be included when the subordinated debt is in exchange for cash injected into the business and is subject to a standstill agreement. The note or other form of evidence must be submitted to the Agency for subordinated debt to count towards meeting the balance sheet equity requirement."**

Please let me know if you have any questions or if you need any additional documentation.

Thank you,

Chris

MADISONONE

**Chris Balestrino – Managing Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
O: 480-626-8199
M: 646-522-2015
cbalestrino@madisonone.com
www.madisonone.com
NMLS # 1662183
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify the sender immediately by telephone or by return email.

Subject: Re: Future Legends 5 Assumption
Date: 6/30/2022 3:23 PM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Jeff Harthun" <jharthun@madisonone.com>
Cc: "Chris Balestrino" <cbalestrino@madisonone.com>

---

Thank you

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Jeff Harthun <jharthun@madisonone.com>
**Date:** Thursday, June 30, 2022 at 3:23 PM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Cc:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** RE: Future Legends 5 Assumption

You are all good. Just the AD 3030 and App so you are set. Thanks.

**Jeff Harthun – Underwriting Director**
**O:** 480-626-8378
jharthun@madisonone.com

---

**From:** Jeff Katofsky <jeff@katofskylaw.com>
**Sent:** Thursday, June 30, 2022 3:22 PM
**To:** Jeff Harthun <jharthun@madisonone.com>
**Cc:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Re: Future Legends 5 Assumption

Just one

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com

Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Jeff Harthun <jharthun@madisonone.com>
**Date:** Thursday, June 30, 2022 at 3:21 PM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Cc:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** RE: Future Legends 5 Assumption

Received and 2nd one is on its way which is the USDA app. That's the only 2 docs

**Jeff Harthun – Underwriting Director**
**O:** 480-626-8378
jharthun@madisonone.com

---

**From:** Jeff Katofsky <jeff@katofskylaw.com>
**Sent:** Thursday, June 30, 2022 3:20 PM
**To:** Jeff Harthun <jharthun@madisonone.com>
**Cc:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Re: Future Legends 5 Assumption

Got one

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Jeff Harthun <jharthun@madisonone.com>
**Date:** Thursday, June 30, 2022 at 3:16 PM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Cc:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Future Legends 5 Assumption

Hi Jeff, I am going to be sending you by docusign two USDA application docs for the Future Legends 5 LLC assumption. If you don't receive let me know in the next 30 minutes or so please let me know.

Thank you,

MADISONONE

**Jeff Harthun – Underwriting Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
**O:** 480-626-8378
jharthun@madisonone.com
www.madisonone.com
NMLS # 1662183

Subject: Re: USDA
Date: 6/30/2022 7:14 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

10 4

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Date:** Thursday, June 30, 2022 at 6:59 AM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Subject:** USDA

I spoke to USDA, the message was that we are approved for the Stadium, but we need to complete the transfer/conveyance of the Dome/Clubhouse to Future Legends 5 LLC before they will formally obligate funding for the Stadium.

We are making that priority right now, sending you a DocuSign shortly.

Also sending you the draft docs today, sorry for the delay.

MADISONONE

**Chris Balestrino – Managing Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
**O:** 480-626-8199
**M:** 646-522-2015
cbalestrino@madisonone.com
www.madisonone.com
NMLS # 1662183
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify the sender immediately by telephone or by return email.

| | |
|---|---|
| Subject: | FW: [External Email]Future Legends Stadium |
| Date: | 6/29/2022 4:22 PM |
| From: | "Chris Balestrino" <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=AD626A47E09949AI CBALESTRINO@CUSA21A381.ingest.local> |
| To: | "jeff@katofskylaw.com" <jeff@katofskylaw.com> |

FYI – this is what we are dealing with.

We are finalizing everything they want for the transfer/assumption.

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

**From:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Sent:** Tuesday, June 28, 2022 12:16 PM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** RE: [External Email]Future Legends Stadium

Hey Chris.

Sorry for the late response. I was off yesterday and just saw your email this morning.

I submitted the package last week for clearance review. Brenda reviewed it and sent it back to me this morning with comments and additional items to be addressed. So, as a result, it did not make it onto this week's agenda. Brenda said that she discussed the loan with Aaron and they determined that the transfer and assumption of the existing loan has to be completed and effective before we can take the stadium loan to committee. In other words, the Dome has to be completely off the co-borrower's balance sheet and the co-borrower be eligible for the full $25 million before we can take it to committee. I was hoping that we could do them simultaneously or condition for the transfer/assumption, but after discussing it, Brenda and Aaron determined that we can't condition for an eligibility issue.

So, the transfer and assumption is the first and most urgent issue that we need to do and it requires its own complete application. In order to process that, we'll need a new application form signed by the new borrower (transferee), as well as the eligibility, organizational docs and credit evaluation, just as you would submit for any new loan. However, I'd imagine that you can utilize large portions of the original credit memo and documentation for the items that aren't affected.

They think that we will be getting additional funding from RUS in July that will be available for the August 1 funding competition. So, if we can get the transfer approved, done and effective, then we may be able to get the stadium concurred and obligated with those funds in August. Anyway, this is where things stand right now and it sounds like we need to prioritize receiving and processing the transfer loan.

My schedule is booked for the remainder of today, but I'll be available in the morning if you want to discuss.

Kevin M. Scully
Energy Programs Specialist | Program Processing Division
Rural Development, Rural Business-Cooperative Service
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
(202) 913-3912
www.rd.usda.gov | "Committed to the future of rural communities"

*Stay Connected with USDA:*

*USDA is an equal opportunity provider and employer.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Monday, June 27, 2022 2:26 PM
**To:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Subject:** RE: [External Email]Future Legends Stadium

Good afternoon, Kevin,

I just wanted to check in and make sure you had all that you needed from us. I explained to the Applicant that we hope to be before Loan Committee on Wednesday and expect a favorable outcome.

In anticipation of that, if there any more information or documents needed at this time, please let me know and thank you again for your hard work on this project.

Chris

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Sent:** Wednesday, June 22, 2022 11:20 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** RE: [External Email]Future Legends Stadium

Gracious…the answer was staring me in the face. Sorry about that.

Thanks,

Kevin M. Scully
Energy Programs Specialist | Program Processing Division
Rural Development, Rural Business-Cooperative Service
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
(202) 913-3912
www.rd.usda.gov | "Committed to the future of rural communities"

*Stay Connected with USDA:*

*USDA is an equal opportunity provider and employer.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Wednesday, June 22, 2022 2:19 PM
**To:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Subject:** RE: [External Email]Future Legends Stadium

Ok, I will convey that to the Applicant that the Loan will be presented at NOEL next Wednesday.

On your second question, In addition to the interest reserve, we have working capital as part of those proceeds to cover that potential shortfall (see where it says Cash Deficit covered by WC in Column A).

That working capital funding is not included in the calculation – only the interest reserve, cash inflows/outflows.

Please let me know if we should make any adjustments.

Chris

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Sent:** Wednesday, June 22, 2022 11:15 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** RE: [External Email]Future Legends Stadium

This is the period that I'm referring to:

**Cash Inflows/Outflows Analysis and Monthly Disbursement Schedul**

| | 2022 | | | 2023 | | | | |
|---|---|---|---|---|---|---|---|---|
| | **At Close** | **Q3** | **Q4** | **Q1** | **Q2** | **Q3** | **Q4** | |
| Revenue - FL LLC & FL 1 LLC (Cash Inflows) | $0 | $0 | $0 | $0 | $2,646,545 | $2,646,545 | $1,538,216 | $1,744,! |
| Interest Reserve | $0 | $300,000 | $400,000 | $470,000 | $500,000 | $62,500 | $0 | |
| **Total Cash Income** | $0 | $300,000 | $400,000 | $470,000 | $3,146,545 | $2,709,045 | $1,538,216 | $1,744,! |
| Operating Expenditures | $0 | $0 | $0 | $0 | $2,229,676 | $2,229,676 | $1,637,176 | $1,224,! |
| $25.0 MM USDA B&I Loan (FL 1 LLC) - 24 mnth | $0 | $300,000 | $400,000 | $470,000 | $500,000 | $500,000 | $500,000 | $500,( |
| **Total Cash Outflows** | $0 | $300,000 | $400,000 | $470,000 | $2,729,676 | $2,729,676 | $2,137,176 | $1,724,! |
| **Interest Reserve Balance** | **$1,732,500** | **$1,432,500** | **$1,032,500** | **$562,500** | **$62,500** | $0 | $0 | |
| **Cash Surplus (Deficit)** | $0 | $0 | $0 | $0 | $416,869 | ($20,631) | ($598,960) | $19,9 |
| *Cash Deficit Covered by WC of $1,105M* | | | | | | | | |
| **Anticipated Construction Draw Schedule** | $ 15,000,000 | $ 5,000,000 | $ 3,500,000 | $ 1,500,000 | | | | |

Kevin M. Scully
Energy Programs Specialist | Program Processing Division
Rural Development, Rural Business-Cooperative Service
United States Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
(202) 913-3912
www.rd.usda.gov | "Committed to the future of rural communities"

*Stay Connected with USDA:*

*USDA is an equal opportunity provider and employer.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Sent:** Wednesday, June 22, 2022 2:00 PM
**To:** Scully, Kevin - RD, National Office <kevin.scully@usda.gov>
**Subject:** [External Email]Future Legends Stadium

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Kevin,

Hope you are well and having a good week.

Do you know if Future Legends Stadium has or will be presented to Loan Committee today?

If not, do you think we can get it on the agenda for next Wednesday's meeting?

MADISONONE

**Chris Balestrino – Managing Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
**O:** 480-626-8199
**M:** 646-522-2015
cbalestrino@madisonone.com
www.madisonone.com
NMLS # 1662183
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify the sender immediately by telephone or by return email.

Subject:
Date: 6/29/2022 3:57 PM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

Please get me a list of the documents I need to start creating for the changeover at the dome. And I really need this loan to close now even if we can only fund 5 million now while we wait.

Only ever reply to jeff@katofskylaw.com
Otherwise I won't get it

Subject: Stadium Status
Date: 6/22/2022 2:44 PM
From: "Chris Balestrino" <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=AD626A47E09949AI CBALESTRINO@CUSA21A381.ingest.local>
To: "jeff@katofskylaw.com" <jeff@katofskylaw.com>

Jeff,

Our counterpart from the USDA National Office has reiterated that he expects approval to be formalized for the construction of the Future Legends Stadium in due course.

Since we have closed approximately $23.6mm in construction funding for the Dome and the Student Dorm, I trust you are familiar with our closing process. Our closing team is drafting loan documents for the stadium, which will be sent to you this week for your review and approval.

Please let me know if you have any questions.

Chris

MADISONONE

**Chris Balestrino – Managing Director**
9375 East Shea Boulevard, Suite 100
Scottsdale, AZ 85260
**O:** 480-626-8199
**M:** 646-522-2015
cbalestrino@madisonone.com
www.madisonone.com
NMLS # 1662183
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify the sender immediately by telephone or by return email.

Subject:
Date: 6/10/2022 7:28 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

Are u ok?

It is not like you to go silent for a week plus?

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

Subject: Stadium
Date: 6/9/2022 11:28 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

Can I please have an update?

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

Subject: Re: Permit
Date: 6/9/2022 8:11 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

I will pay it this morning.

What is going on with stadium. It is getting verbally violent …….. and there is no confidence in me right now.

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Date:** Thursday, June 9, 2022 at 7:59 AM
**To:** Jeff Katofsky <jeff@katofskylaw.com>, Mary Lineback <mlineback@madisonone.com>
**Subject:** RE: Permit

Jeff,

You may have answered this question already, but if we tap contingency, when will you be able to replenish the contingency reserve? We are already getting feedback that costs are higher than anticipated, which means tapping the contingency reserve now will put at risk out ability to complete construction if GC needs to tap contingency later in the project, which appears to be a real risk at this point.

I can’t go back to the well without a proposed solution to this issue, you know that.

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Jeff Katofsky <jeff@katofskylaw.com>
**Sent:** Wednesday, June 8, 2022 2:04 PM

**To:** Mary Lineback <mlineback@madisonone.com>
**Cc:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Permit

Unless I misunderstood, I thought chris was ok w paying from contingency a long as I put it back relatively soon.

I would really like not to stop the full mobilization scheduled for Monday.

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

Subject: Re: Still silence?
Date: 6/6/2022 6:37 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

I am fucked.

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Chris Balestrino <cbalestrino@madisonone.com>
**Date:** Monday, June 6, 2022 at 6:32 AM
**To:** Jeff Katofsky <jeff@katofskylaw.com>
**Subject:** RE: Still silence?

He emailed back, and it hasn't gone yet, but keeps providing re-assurances that they are pushing it forward.

Chris Balestrino
Madison One
**Direct:** 480-626-8199
**Mobile:** 646-522-2015
NMLS # 1662183

---

**From:** Jeff Katofsky <jeff@katofskylaw.com>
**Sent:** Saturday, June 4, 2022 10:44 AM
**To:** Chris Balestrino <cbalestrino@madisonone.com>
**Subject:** Still silence?

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403

818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

Subject: Stadium
Date: 6/9/2022 11:28 AM
From: "Jeff Katofsky" <jeff@katofskylaw.com>
To: "Chris Balestrino" <cbalestrino@madisonone.com>

---

Can I please have an update?

Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 2nd day of December 2024, I caused to be served a true and correct copy of DECLARATION OF CHRIS BALESTRINO IN SUPPORT OF THE REPLY TO THE EMERGENCY MOTION OF U.S. EAGLE FEDERAL CREDIT UNION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1412 AND FED. R. BANKR. P. 1014 (a) (1) AND IN RESPONSE TO THE DEBTOR'S OPPOSITION in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP