**Spencer Fane LLP**
Richard F. Holley, Esq.
Nevada Bar No. 3077
rholley@spencerfane.com
R. McKay Holley, Esq.
Nevada Bar No. 15934
mholley@spencerfane.com
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101-6019
Telephone: 702.408.3400
Facsimile: 702.408.3401
-and-
David M. Miller (CO Bar No. 17915)
Admitted *Pro Hac Vice*
dmiller@spencerfane.com
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: 303.839.3800
Facsimile: 303.839.3838

Attorneys for
U.S. Eagle Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FUTURE LEGENDS 5, LLC,<br><br>Debtor. | Case No. 24-51031-hlb<br>Chapter 11<br><br>HEARING DATE: March 28, 2025<br>HEARING TIME: 1:30 p.m.<br><br>Judge: Hon. Hilary L. Barnes |

**NOTICE OF SETTLEMENT AND ACCOMPANYING TERM SHEET**

U.S. Eagle Federal Credit Union ("U.S. Eagle"), by and through its counsel Spencer Fane LLP; Future Legends 5, LLC ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP; Future Legends 1, LLC, Future Legends 4, LLC, and guarantors Mr. Jeff Katofsky individually, and the Katofsky Family Trust (together, the "Parties" herein), have come to terms and agree to a settlement of all pending disputes and issues between them, as set out in the accompanying term sheet, attached hereto ("Term Sheet"). The Parties will confirm on the record at the hearing this afternoon their

agreement to be immediately bound by the settlement as reflected in the Term Sheet. The Parties will then prepare a more fulsome settlement agreement and ancillary documents.

Dated this 28th day of March 2025.

**SPENCER FANE LLP**

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: 702.408.3400 | Fax: 702.408.3401
-and-
David M. Miller (CO Bar No. 17915)
Admitted *Pro Hac Vice*
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: 303.839.3800 | Fax:303.839.3838
Email: rholley@spencerfane.com
mholley@spencerfane.com
dmiller@spencerfane.com

*Attorneys for U.S. Eagle Federal Credit Union*

U.S. Eagle counter

90 day financing and/or sale process to include U.S. Eagle collateral and nondebtors' real and personal property

- Debtor can stop sale process if funding is sufficient to pay all allowed claims in full which includes U.S. Eagle at par (principal, interest, late charges, legal fees and costs, advances and penalties). Regarding prepayment penalties, US Eagle will use its best efforts to persuade the USDA to waive prepayment penalties. Regarding late charges and default interest, US Eagle will waive both if its loans are paid in full within 45 days. If US Eagle is not paid in full within 45 days, all late charges and default interest shall be added to the unpaid balance of the obligation owing to US Eagle.
- Sale will not occur if purchase price is insufficient to satisfy all allowed claims in full, which includes U.S. Eagle at par (principal, interest, late charges, legal fees and costs, advances and penalties)
- US Eagle shall agree to sell its claims to Debtor or its designee at par.
- U.S. Eagle, Future Legends LLC ("FL"), Future Legends 1, LLC ("FL 1") and Future Legends 4, LLC ("FL 4")(together "Future Legends"), Debtor, Katofsky and guarantors stipulate to stay relief and judicial foreclosure in Colorado state court in the event of a default under the settlement agreement, or if funding does not occur, or purchase price is insufficient to satisfy in full U.S. Eagle at par (principal, interest, late charges, legal fees and costs, advances and penalties)
    - Future Legends, Debtor, Katofsky and guarantors' consent to and will not challenge judicial foreclosure
    - The Debtor, Future Legends, Katofsky and guarantors shall execute a Stipulated Foreclosure in favor of U.S. Eagle which Stipulated Foreclosure shall be held in escrow and may be filed upon earlier of default of settlement or 91st day . Upon timely purchase of the notes, U.S. Eagle will within three (3) business days, file a satisfaction of judgment. Upon timely purchase of the notes, U.S. Eagle will within three (3) business days, file a satisfaction or rescission of the Stipulated Foreclosure. Only in the event of a default of the settlement agreement during the 90-day period by Future Legends, Debtor, Katofsky or guarantors, or non-payment within the 90 day period, will U.S. Eagle exercise all rights and remedies under the Stipulated Foreclosure.
    - Debtor, Future Legends, Katofsky and guarantors shall execute a Stipulated Judgment in favor of U.S. Eagle for the entire amount of owing under the respective notes (consisting of principal, interest, late charges, legal fees and costs, advances and penalties, excluding prepayment penalties), which Stipulated Judgment shall be held in escrow. Upon timely purchase of the notes, U.S. Eagle will within three (3) business days, file a satisfaction of judgment. Only in the event of a default of the settlement agreement during the 90-day period, by Future Legends, Debtor, Katofsky or guarantors, or non-payment within the 90- day period, will U.S. Eagle exercise all rights and remedies under the Stipulated Judgment.

  - Stipulation terminating automatic stay to be prepared and approved by the court as part of the 9019 Motion approval in Future Legends 5 bankruptcy case to enable U.S. Eagle to foreclose on its collateral immediately upon an event of default under the settlement agreement, or expiration of 90 period without sale or financing sufficient to pay all allowed claims in full including U.S. Eagle at par (principal, interest, late charges, legal fees and costs, advances and penalties, excluding prepayment penalties to the extent waived by the USDA)
  - 9019 motion shall be filed as ordinary course motion.
  - The 90-day period shall begin to run upon presentation of the settlement term sheet to the Bankruptcy Court on March 28, 2025. The 90-day period shall be subject to a one-time, one-week extension upon a showing of good faith by the requesting party.

Pending Litigation

- Federal District Court Removal Action
  - Immediately abandon removal and move/stipulate to remand removal action to allow Colorado receivership action to continue. Believe this will require a stipulation between all parties to the litigation. Not opposed to seeking such a stipulation but Debtor does not control other parties to the litigation. If stipulation required to remand removal action, Katofsky and Borrowers will use their best efforts to achieve stipulation in order to effectuate remand. No default if this requires all parties to stipulate
  - Withdraw pending challenge to appointment of receiver and not challenge receivership going forward
- Colorado Receivership Action
  - Future Legends and/or Katofsky or Katofsky Family Trust agree not to contest the receivership
  - Receiver remains in place over Future Legends, until US Eagle is paid in full
  - Receiver shall take no actions to interfere with Lease on the Dome or operations, unless a matter of health or public safety
  - Future Legends, LLC, the Debtor, Katofsky or Katofsky Family Trust must keep all utilities current on the Dome and required liability and hazard insurance per loan agreements in place. Payments for liability and hazard insurance shall be paid within 21 days of receipt of invoice by Katofsky or designated legal counsel. Failure to do so shall be an event of default of the settlement triggering execution of the Stipulated Judgment and Stipulated Foreclosure
  - Unpaid property taxes must also be brought current upon approval of the Rule 9019 Motion.

- Receivership
  - Receiver remains in place over Future Legends, LLC, Future Legends I, LLC and Future Legends IV, LLC until US Eagle is paid in full

    - Future Legend, LLC, Future Legends I, Future Legends IV and Debtor will each amend their operating agreement to appoint an independent director whose vote will be required for any future bankruptcy filings, transfers of ownership interests or material leases. The Independent director shall be acceptable to, and approved by US Eagle.
    - Future Legends will amend its operating agreement to add an independent director that will need to consent to any bankruptcy filing and leases. This will require unanimous consent of the members and Ignite Funding.
- Future Legends 5 bankruptcy case
    - All pending US Eagle motions/litigation continued for 90 days, including the contempt motions against Phoenix Capital
    - US Eagle shall contact the Town of Windsor to request a 90 day extension of the TCOs and shall join in Debtor's extension request for TCOs.
    - Joinder need only be a simple joinder made pursuant to the settlement agreement (as referenced in any such joinder) and cannot be used as an admission or used in any other way against U.S. Eagle in any present, future, or related litigation (including, but not limited to the pending removed State Court Action), with respect to any issue pertaining to TCO's.

Representations

- That no transfers of real property securing the obligation to U.S. Eagle have occurred other than the alleged transfer of the Dome Property (which U.S. Eagle disputes).
- The "Dome Property" is defined as the real property described in those certain Deeds of Trust executed in favor of U.S. Eagle by FL recorded with the Weld County Clerk and Recorder at ___; respectively and more particularly described as Lot 1, APN 080722417001.
- The "FL 1 Property" is defined as the real property described in those certain Deeds of Trust executed in favor of U.S. Eagle by FL 1 recorded with the Weld County Clerk and Recorder at ___; respectively and more particularly described as Lot 2, APN 080722417002.
- The "FL 4 Property" is defined as the real property described in those certain Deeds of Trust executed in favor of U.S. Eagle by FL 4 recorded with the Weld County Clerk and Recorder at ___; respectively and more particularly described as Lot 6, APN 080722417006.
- That no leases have been executed for the real property and improvements securing the indebtedness to U.S. Eagle other than the alleged lease between the Debtor and Future Legends (which U.S. Eagle disputes)
- On 91st day, absent payoff of U.S. Eagle in full, the existing lease terminates automatically, and FL voluntarily surrenders possession of the Dome Property

Releases

- Full and complete release of U.S. Eagle by Future Legends, Debtor, Katofsky and Katofsky Family Trust for any and all claims that have or could have been asserted including but not limited to lender liability, fraud and conspiracy. (This is non-negotiable)

Allowance of U.S. Eagle claim

- Stipulation by Future Legends, Debtor and guarantors that allowed, recognized and uncontested amount of U.S. Eagle indebtedness includes outstanding principal, accrued interest, late charges, legal fees and costs and penalties

Other Conditions

- Settlement is subject to USDA approval. Richard how long will this take? Do we need to continue more than 1 week or is that sufficient (I am not sure. Once we come to acceptable terms, we will contact USDA to get a better understanding of time frame)
- Term sheet to be binding (presented at hearing on Friday)
- Fulsome settlement agreement to be drafted memorializing the settlement and Rule 9109 motion filed with the court for approval. In addition, the terms of the settlement to be incorporated into an amended plan. I assume you mean a 9019 motion to approve settlement that will be incorporated into amended plan
- Resolution with Jaco regarding its motion to dismiss case we do not control JACO so cannot agree. Per my earlier email it makes morse sense for US Eagle to reach out to JACO. If JACO proceeds with its Motion to Dismiss and the case is dismissed, the settlement between US Eagle, Future Legends, the Debtor, Katofsky and the Katofsky Trust shall remain in place
- Payments to be made via wire after approval of 9019, Section 362(d)(3) interest only adequate protection payments are immediately brought current (4 checks have been returned NSF; one in February (returned NFS twice and all three checks issued in March).
- Section 362(d)(3) interest only adequate protection payments to be made timely going forward with arrears paid within 45 days of March 28, 2025. Default on making payment shall be an event of default of the settlement triggering execution of the Stipulated Judgment and Stipulated Foreclosure
- Future Legend, LLC, Future Legends I, and Future Legends IV will each hold an emergency meeting for a member vote to approve a binding resolution authorizing each FL entity to enter into the Settlement Agreement, and a resolution agreeing not to authorize the filing of a bankruptcy case for a minimum of 180 days after Court approval of a Settlement Agreement and Debtor shall submit the resolutions as exhibits to the 9019 motion. The Debtor will also hold an emergency meeting for a member vote to approve a binding resolution agreeing to dismissal of the Debtor's bankruptcy case absent fulfillment of the settlement terms, and resolving not to file bankruptcy for a minimum of 180 days after dismissal of the Debtor's current bankruptcy case
- If financing or sale occurs sufficient to pay the obligations owing to US Eagle in full, the bankruptcy case shall either be dismissed pursuant to a structured dismissal, or creditors paid through confirmed plan, whichever is in the best interest of US Eagle (bearing in mind that if Future Legends, the Debtor, Katofsky or designee fully pays the obligations owing to US Eagle, US Eagle will no longer be participating in case.

- US Eagle's allowed and stipulated allowed secured claim shall not be in any way impaired, modified, or altered by any such Plan or stipulated dismissal.
- If no funding, or sale sufficient to pay obligations owing to US Eagle within 90 days, bankruptcy case shall be immediately dismissed with prejudice, or at a minimum not refiled for 180 days
- Upon any default of this Settlement Agreement, US Eagle may lodge a copy of the bankruptcy court order (to which will be attached the fully executed settlement agreement and ancillary documents and exhibits) approving the 9019 Motion with the Colorado state court.

[END.]

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 28th day of March 2025, I caused to be served a true and correct copy of NOTICE OF SETTLEMENT AND ACCOMPANYING TERM SHEET in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP